IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BART MAXWELL BISHOP,

     Petitioner,

v.                                          3:08cv466/MCR/CJK

EDWIN G. BUSS,

     Respondent.

_____/

ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 9, 2011.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been made.  Having fully considered the record and the report and recommendation, to which no objections have been filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in *State of Florida v. Bart Maxwell Bishop* in the Circuit Court of Walton County, Florida, case no. 04-CF-1184, is DENIED, and the clerk is directed to close the file.

3.    A certificate of appealability is DENIED.

DONE AND ORDERED this 12th day of July, 2011.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE