IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BART MAXWELL BISHOP,

    Petitioner,

v.                                           3:08cv466/MCR/CJK

EDWIN G. BUSS,

    Respondent.

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 9, 2011.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1]  The court has now considered the petitioner's response and objections, the record, and the magistrate judge's report and recommendation, and being fully advised, the court has determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The petition for writ of habeas corpus (doc. 1), challenging the conviction and sentence in *State of Florida v. Bart Maxwell Bishop* in the Circuit Court of Walton County,

---

[1] The report and recommendation originally mailed to the petitioner was missing the final page.  After being notified of this error, the court required a complete copy of the report and recommendation to be mailed to the petitioner and afforded him additional time to respond.  Accordingly, his response is timely.

Florida, case no. 04-CF-1184, is DENIED, and the clerk is directed to close the file.

3. A certificate of appealability is DENIED.

DONE AND ORDERED this 22nd day of September, 2011.


*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE